1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimilie: (559) 497-4009
5
   Attorneys for the
6     United States of America
7

FILED

FEB 2 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )        CR. 1:12 MJ 00030 (BAM)
                                       )
12            Plaintiff,               )
                                       )
13                                     )        MOTION AND ORDER TO DISMISS
        v.                             )        COMPLAINT AND VACATE
14                                     )        ARREST WARRANT
    JEREMY WAYNE PATRICK,              )
15                                     )
                                       )
16            Defendant.               )
                                       )
17                                     )
                                       )
18                                     )

19      The United States Attorney's Office hereby moves to dismiss the Complaint, pursuant to

20  Federal Rule of Criminal Procedure 48, as to **defendant JEREMY WAYNE PATRICK** without

21  prejudice in the interest of justice, and to **vacate the Arrest Warrant as to defendant JEREMY**

22  **WAYNE PATRICK** without prejudice in the interest of justice.

23

24                                              Respectfully submitted,

25                                              BENJAMIN B. WAGNER
                                                United States Attorney
26

27  DATED: February 21, 2012                    By /s/ Grant Rabenn
                                                Grant B. Rabenn
28                                              Assistant U.S. Attorney

                                        1

1

## ORDER

2     IT IS HEREBY ORDERED that the Complaint be dismissed, pursuant to Federal Rule of

3   Criminal Procedure 48, **as to defendant JEREMY WAYNE PATRICK** without prejudice in the

4   interest of justice, and that the **Arrest Warrant be vacated and recalled as to defendant JEREMY**

5   **WAYNE PATRICK** without prejudice in the interest of justice.

6

7   DATED: February 21, 2012

Hon. Barbara A. McAuliffe
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2